UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AURELIUS CAPITAL MANAGEMENT, LP
and AURELIUS CAPITAL MANAGEMENT
GP, LLC,

                            Plaintiffs,

v.

AURELIUS ADVISORS; AURELIUS
SECURITIES LLC; and DOES 1-10,

                            Defendants.

Civil Action No. 08-CIV-6261 (DC)

**STIPULATION AND
[PROPOSED] ORDER
EXTENDING TIME TO
ANSWER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/30/2008

      The parties indicated below, by and through their undersigned attorneys, hereby stipulate and agree to extend the time for defendant Aurelius Securities LLC to answer or otherwise move with respect to the Complaint, from July 31, 2008 to August 30, 2008.

No prior extension request has been made.

Dated: July 30, 2008

| | |
|---|---|
| QUINN EMANUEL URQUHART OLIVER<br>& HEDGES, LLP<br><br>By: _____<br>    Jeffrey A. Conciatori<br>51 Madison Ave., 22nd Floor<br>New York, NY 10010-1601<br>Tel: (212) 849-7000<br>Fax: (212) 849-7100<br>Email: jeffreyconciatori@quinnemanuel.com<br><br>*Attorneys for Plaintiffs Aurelius Capital<br>Management, LP and Aurelius Capital<br>Management GP, LLC* | FROSS ZELNICK LEHRMAN & ZISSU, P.C.<br><br>By: _____<br>    Craig S. Mende<br>866 United Nations Plaza<br>New York, New York 10017<br>Tel.: (212) 813-5900<br>Fax: (212) 813-5901<br>Email: cmende@frosszelnick.com<br><br>*Attorneys for Defendant Aurelius Securities LLC* |

SO ORDERED.

_____
U.S.D.J.

7/30/08