UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**ORIGINAL**

(JAB 7/31/08)
SCANNED

AURELIUS CAPITAL MANAGEMENT, LP
and AURELIUS CAPITAL MANAGEMENT
GP, LLC,

        Plaintiffs,

-against-

AURELIUS ADVISORS; AURELIUS
SECURITIES LLC; and DOES 1-10,

        Defendants.

08-CIV-6261 (DC)

**MOTION TO ADMIT COUNSEL**
*PRO HAC VICE*

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Jessica Rose, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of

    David W. Quinto
    Quinn Emanuel Urquhart Oliver & Hedges, LLP
    865 S. Figueroa St. 10th Floor
    Los Angeles, California 90017
    (213) 443-3000
    (213) 443-3100
    davidquinto@quinnemanuel.com

David W. Quinto is a member in good standing of the Bar of the States of California. There are no pending disciplinary proceeding against David W. Quinto in any State or Federal court.

Dated: July 30, 2008

New York, New York

Respectfully submitted,

*/s/ Jessica A. Rose*

Jessica A. Rose
Quinn Emanuel Urquhart Oliver & Hedges, LLP
51 Madison Ave, 22nd Floor
New York, NY 10010
(212) 849-7000
(212) 849-7100
jessicarose@quinnemanuel.com

**THE STATE BAR OF CALIFORNIA**

MEMBER SERVICES CENTER

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1639

TELEPHONE: 888-800-3400

July 22, 2008

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, DAVID WALTER QUINTO, #106232 was admitted to the practice of law in this state by the Supreme Court of California on December 3, 1982; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; that the public record states that information has been provided pursuant to Business and Professions Code section 6086.1(c); and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kath Lambert
Custodian of Membership Records

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AURELIUS CAPITAL MANAGEMENT, LP
and AURELIUS CAPITAL MANAGEMENT
GP, LLC,

        Plaintiffs,

-against-

AURELIUS ADVISORS; AURELIUS
SECURITIES LLC; and DOES 1-10,

        Defendants.

08-CIV-6261 (DC)

AFFIDAVIT OF JESSICA A. ROSE
IN SUPPORT OF MOTION TO
ADMIT COUNSEL
*PRO HAC VICE*

---

State of New York  )
                       ) ss:
County of New York  )

Jessica A. Rose, being duly sworn, hereby deposes and says as follows:

1. I am an attorney at the law firm of Quinn Emanuel Urquhart Oliver & Hedges, LLP counsel for Plaintiff in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit David W. Quinto as counsel pro hac vice to represent Plaintiff in this matter.

2. I am a member in good standing of the bar of the State of New York and was admitted to practice law in March of 2004 I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Mr. Quinto since January 2006.

4. Mr. Quinto is a partner based in the Los Angeles office of Quinn Emanuel Urquhart Oliver & Hedges, LLP.

5. I have found Mr. Quinto to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Mr. Quinto *pro hac vice*.

7. I respectfully submit a proposed order granting the admission of Mr. Quinto *pro hac vice*, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Mr. Quinto *pro hac vice*, to represent Plaintiff in the above captioned matter, be granted.

Dated:  July 30, 2008

New York, New York

                                      Respectfully submitted,

                                      Jessica A. Rose
                                      Quinn Emanuel Urquhart Oliver & Hedges, LLP
                                      51 Madison Ave, 22nd Floor
                                      New York, NY 10010
                                      (212) 849-7000
                                      (212) 849-7100
                                      jessicarose@quinnemanuel.com

Notarized: _____

DEBORAH L. SHAPIRO
Notary Public, State of New York
No. 02SH6054486
Qualified in New York County
Commission Expires Feb. 5, 200_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AURELIUS CAPITAL MANAGEMENT, LP and AURELIUS CAPITAL MANAGEMENT GP, LLC,<br><br>Plaintiffs,<br><br>-against-<br><br>AURELIUS ADVISORS; AURELIUS SECURITIES LLC; and DOES 1-10,<br><br>Defendants. | 08-CIV-6261 (DC)<br><br>ORDER FOR ADMISSION<br>*PRO HAC VICE* ON WRITTEN MOTION |

Upon the motion of Jessica A. Rose attorney for Aurelius Capital Management, LP and Aurelius Capital Management GP, LC ("Plaintiffs") and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

> David W. Quinto
>
> Quinn Emanuel Urquhart Oliver & Hedges, LLP
>
> 865 S. Figueroa St. 10th Floor
>
> Los Angeles, California 90017
>
> (213) 443-3000
>
> (213) 443-3100
>
> davidquinto@quinnemanuel.com

is admitted to practice *pro hac vice* as counsel for Plaintiffs in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated:

New York, New York

                                                                         _____

                                                                                    U.S.D.J.

FOR OFFICE USE ONLY:  FEE PAID $         SDNY RECEIPT #

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| AURELIUS CAPITAL MANAGEMENT, LP and AURELIUS CAPITAL MANAGEMENT GP, LLC, | 08-CIV-6261 (DC) |
| Plaintiffs, | **AFFIDAVIT OF SERVICE** |
| -against- | |
| AURELIUS ADVISORS; AURELIUS SECURITIES LLC; and DOES 1-10, | |
| Defendants. | |

STATE OF NEW YORK    )
                     )  ss.:
COUNTY OF NEW YORK   )

Mado Martinez being duly sworn deposes and says:

She is over the age of eighteen years old, not a party to this action and resides at Bronx, New York.

That on July 30, 2008, I served by first class mail, a true and correct copy of the attached **MOTION TO ADMIT COUNSEL *PRO HAC VICE* and AFFIDAVIT OF JESSICA A. ROSE IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*, TOGETHER WITH EXHIBITS,** by depositing a true and correct copy in a sealed properly addressed envelope, as follows:

Craig S. Mende
Fross Zelnick Lehrman & Zissu, P.C.
866 United Nations Plaza
New York, NY 10017

and by depositing the first class envelope in an official depository under the exclusive case and custody of a United States Postal Service located within New York State.

*/s/ Mado Martinez*
Mado Martinez

Sworn before me, this
30th day of July, 2008

*/s/*
Notary Public

Roy G. Nelson
Notary Public, State of New York
No. 01NE6144285
Qualified in Nassau County
Certificate filed in New York County
Commission Expires April 24, 2010