UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AURELIUS CAPITAL MANAGEMENT, LP and AURELIUS CAPITAL MANAGEMENT GP, LLC,<br><br>Plaintiffs,<br><br>-against-<br><br>AURELIUS ADVISORS; AURELIUS SECURITIES LLC; and DOES 1-10,<br><br>Defendants. | 08-CIV-6261 (DC)<br><br>**ORDER FOR ADMISSION**<br>***PRO HAC VICE* ON WRITTEN MOTION** |

Upon the motion of Jessica A. Rose attorney for Aurelius Capital Management, LP and Aurelius Capital Management GP, LC ("Plaintiffs") and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

> David W. Quinto
> Quinn Emanuel Urquhart Oliver & Hedges, LLP
> 865 S. Figueroa St. 10th Floor
> Los Angeles, California 90017
> (213) 443-3000
> (213) 443-3100
> davidquinto@quinnemanuel.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/05/08
```

is admitted to practice *pro hac vice* as counsel for Plaintiffs in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: 8/5/08

New York, New York

_____
U.S.D.J.

FOR OFFICE USE ONLY: FEE PAID $          SDNY RECEIPT #