USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/4/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AURELIUS CAPITAL MANAGEMENT, LP
and AURELIUS CAPITAL MANAGEMENT
GP, LLC,

                Plaintiffs,

v.

AURELIUS ADVISORS; AURELIUS
SECURITIES LLC; and DOES 1-10,

                Defendants.

Civil Action No. 08-CIV-6261 (DC)

**STIPULATION AND
[PROPOSED] ORDER
EXTENDING TIME TO
ANSWER**

      The parties indicated below, by and through their undersigned attorneys, hereby stipulate and agree to extend the time for defendant Aurelius Securities LLC to answer or otherwise move with respect to the Complaint by thirty (30) days, from September 2, 2008 to October 2, 2008. One prior extension request has been made. This request is being made to allow the parties time to seek a settlement of the dispute.

Dated: August 29, 2008

QUINN EMANUEL URQUHART OLIVER
  & HEDGES, LLP

By: _____
    Jeffrey A. Conciatori
    Jessica Rose
51 Madison Ave., 22nd Floor
New York, NY 10010-1601
Tel:  (212) 849-7000
Fax:  (212) 849-7100
Email: jeffreyconciatori@quinnemanuel.com

*Attorneys for Plaintiffs Aurelius Capital
Management, LP and Aurelius Capital
Management GP, LLC*

PROSS ZELNICK LEHRMAN & ZISSU, P.C.

By: _____
    Craig S. Mende
    Grace Kang
866 United Nations Plaza
New York, New York 10017
Tel.:  (212) 813-5900
Fax:  (212) 813-5901
Email: cmende@frosszelnick.com

*Attorneys for Defendant Aurelius Securities LLC*

SO ORDERED:

_____
U.S.D.J.

9/4/08